```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :    ORDER
   v.                             :
                                  :    20 CR 98-02 (VB)
MATTHEW COKE,                     :
                    Defendant.    :
------------------------------------------------------x
```

A bail review hearing will be conducted by telephone conference call in this matter on April 9, 2020, at 11:00 a.m. The parties shall arrange for defendant Matthew Coke's appearance by telephone.

The government shall file its response to defense counsel's letter of April 3, 2020 (Doc. #15) by close of business today, April 7, 2020.

At the time of the scheduled conference, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number**: **(888) 363-4749 (toll free) or (215) 446-3662**
**Access Code:** **1703567**

Dated: April 7, 2020
       White Plains, NY

                                     SO ORDERED:

                                     _____
                                     Vincent L. Briccetti
                                     United States District Judge

1