UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :   **ORDER**
v.                                 :
                                   :   20 CR 98-02 (VB)
MATTHEW COKE,                      :
                        Defendant. :
-------------------------------------------------------x

For the reasons stated on the record at a bail review hearing held today, the Court DENIES defendant's application for release on bail. Defendant is continued detained pending trial.

Dated: April 9, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1