UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :

v.                                                :     **RE-SCHEDULING ORDER**

MATTHEW COKE,                     :     20 CR 98-2 (VB)
              Defendant.        :
------------------------------------------------------------x

      **Sentencing in this case is re-scheduled for January 22, 2021, at 2:30 p.m.** (Previously scheduled for January 25, 2021). The Court expects to conduct this sentencing in person at the Courthouse.

      Defendant's sentencing submission due January 12, 2021. Government's submission due January 19, 2021.

Dated: December 9, 2020
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge