UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

___USA___,
Plaintiff(s),

v.

___Matthew Coke___,
Defendant(s).
-----------------------------------------------------------x

**CALENDAR NOTICE**

___20 cr 98___ (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/re-scheduled for:

___ Status conference  
___ Telephone conference  
___ Pre-motion conference  
___ Settlement conference  
___ Oral argument  
___ Bench ruling on motion  

___ Final pretrial conference  
___ Jury selection and trial  
___ Bench trial  
___ Suppression hearing  
___ Plea hearing  
✓ Sentencing  

on ___4-1-___, 20_21_, at ___2:30 PM___, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _1-22-21_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: ___1-7-___, 20_21_  
White Plains, NY

SO ORDERED:

_Vincent L. Briccetti_  
Vincent L. Briccetti  
United States District Judge